**18 - 2 0 7 2 JMC**

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Jessica M. Woodin, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, depose and state as follows:

## I.   PURPOSE OF THE AFFIDAVIT

1.     I submit that there is probable cause to believe that Travis BRUTON ("BRUTON") has been transporting and dealing firearms without a license, including the transportation of a stolen firearm, from Louisiana to Maryland in violation of 18 U.S.C. § 922(a)(1)(a) (dealing firearms without a license) and 18 U.S.C. § 922(i) (shipping/transporting stolen firearm). I further submit that there is probable cause to search the **SUBJECT PREMISES** described in Attachment B for evidence, fruits, and instrumentalities of these crimes, as further described in Attachment A.

2.     I submit this affidavit in support of a search warrant authorizing the search of the premises known and described as 5314 Ready Avenue, Baltimore, Maryland 21212 (hereinafter the "**SUBJECT PREMISES**") as further described in Attachment B.

3.     Because this affidavit is being submitted for the limited purpose of establishing probable cause for a search warrant for the **SUBJECT PREMISES**, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause. The information contained in this affidavit is based upon my personal knowledge, my review of documents and intercepted conversations, as well as conversations with other law enforcement officers and other individuals. All conversations and statements described in this affidavit are related in substance and in part unless otherwise indicated.

18 - 2 0 7 2 JMC

## II.   AFFIANT AND EXPERTISE

4.      I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

5.      I am a Special Agent with the ATF and am currently assigned to a joint task force comprised of ATF agents and detectives from the Baltimore Police Department ("BPD"). I have been employed by the ATF since 2013. I have participated in investigations focusing on controlled dangerous substance ("CDS") trafficking, home invasions, gangs, and illegal firearms. I have conducted covert surveillance of suspected firearms and CDS traffickers, interviewed individuals involved in gangs and these trafficking trades, participated in Title III wiretap investigations as a monitor and member of surveillance teams, participated in the execution of numerous state and federal search and arrest warrants involving CDS and firearms traffickers and violent offenders, and participated in the seizure of CDS and numerous firearms. Through my training and experience, I have become familiar with the manner in which firearms are illegally transported, stored, and distributed; the methods of payment for such firearms; and the manner in which firearms traffickers communicate with each other and their customers. .

6.      I know, through my knowledge, training, and experience, that firearms traffickers often take any unsold firearms home with them in order to secure the firearms from individuals and/or to make after-hours sales. I know that traffickers often store these unsold firearms for future distribution within their residences. I know that traffickers often store the proceeds from firearms sales within their residences. I also know that firearms traffickers keep their cellular

2

phones with them the majority of the time to make themselves available to customers and to other associates who need them or need to warn them of law enforcement activities.

7. Based upon my training and experience, I also have learned the following:

a. **Keeping of documents and records**: Firearms traffickers keep and maintain records of their various activities. Experience in similar cases has established that such records are regularly concealed in a suspect's automobile, residence, office, and on their person, and that they take various forms. Documents commonly concealed by traffickers, include but are not limited to, notes in code, deposit slips, wired money transactions, savings pass books, hidden bank accounts, photographs of co-conspirators, various forms of commercial paper, personal address books, notebooks, records, receipts, ledgers, travel receipts (rental receipts, airline tickets, bus tickets, and/or train tickets) both commercial and private, money orders, and other papers relating to the ordering, transportation, sale and distribution of firearms or other such documents which will contain identifying data on the co-conspirators. The aforementioned items are kept in locations that are considered safe by the firearms traffickers such as safety deposit boxes, residences, vehicles, and on their person, where they have ready access to them. I know that firearms traffickers often have several residences decreasing the likelihood of detection by law enforcement;

b. **Use of computers**: Persons involved in the firearms trafficking, due to advancement in technology, may use computers or other electronic storage media, including smart phones, to store the records of documents listed in paragraph a;

c. **Storage of currency**: Traffickers may maintain on hand large amounts of money in order to maintain and to finance their ongoing business. Traffickers often conceal in their residences money, financial instruments, and evidence of financial transactions relating to trafficking activities;

d. **Use of cellular telephones**: Traffickers use cellphones and other electronic communications devices to facilitate transactions. The electronically stored information on these devices is of evidentiary value in identifying other members of the conspiracy and establishing the relationship between these individuals;

e. **Photographs**: Traffickers take or cause to be taken photographs of themselves, their associates, their property, and their product. Traffickers usually maintain these photographs in their possession, in locations such as their homes, vehicles, electronic devices, or on their person.

## III.  CASE BACKGROUND and PROBABLE CAUSE

8. On August 22, 2017, ATF Baltimore field division received a tip that Travis

18 - 2 0 7 2 JMC

BRUTON purchased a numerous firearms from Larry GOTREAUX in Louisiana and was selling them to individuals in Baltimore, Maryland.[1]  The tip was anonymous but included a photo of a bill of sale from GOTREAUX to BRUTON.  ATF Baltimore forwarded the tip to the New Orleans field division for further investigation in that jurisdiction.  ATF agents in Louisiana subsequently opened a case to investigate GOTREAUX under ATF case #777010-17-0084.

9.     In February 2018, Corporal Gick of the Baltimore County Police Department contacted me regarding a recovered firearm that was traced back to the GOTREAUX case.  I contacted SA Allred in the Louisiana office and learned that the firearm had been purchased by BRUTON from GOTREAUX.  SA Allred sent me bills of sale for approximately 68 firearms GOTREAUS sold to BRUTON in a four month span from April 5, 2017 to July 30, 2017.  I also received receipts and other information that BRUTON bought numerous firearms from federal firearm licensees in Louisiana.

10.     On April 16, 2018, Corporal Gick contacted me regarding a double homicide investigation.  He told me that approximately 167 pounds of marijuana and 13 firearms were recovered during the execution of a search and seizure warrant of a target of the investigation.  Two of the rifles recovered were traced back to BRUTON as the original purchaser; the firearms were purchased by BRUTON from Louisiana Tactical Police Officer Supply on August 5, 2017.

11.     That same day I ran BRUTON through eTrace, a law enforcement data base which collects information on the sale, registration, transfer and recovery of firearms.  I learned that Baltimore City Police Department recovered two firearms at crime scenes that were purchased by BRUTON from the Academy Sports & Outdoors store in Louisiana.  I obtained BRUTON's purchase history from Academy Sports & Outdoors; BRUTON purchased 18

---

[1] BRUTON is legally able to purchase firearms.

firearms between June 2015 and August 2017.

12.      In total, nine firearms connected to BRUTON have been recovered around Baltimore.  Four firearms were purchased by BRUTON from the aforementioned licensees in Louisiana, while the other five firearms were traced back to purchases by BRUTON from GOTREAUX through bills of sale provided by SA Allred.

13.      On April 23, 2018, BRUTON's ex-girlfriend, Brandy Roy, filed a stolen firearm report with the St. Tammany Parish Sheriff's Office in Covington, Louisiana.  Roy stated BRUTON stole her firearm from her residence in Slidell, Louisiana and brought it to Baltimore, Maryland where he currently was residing.  Roy described the firearm as a SCCY 9mm pistol bearing serial number 516805.

14.      On April 24, 2018, SA Moore and I met with BRUTON to serve him with a "Warning Notice of Unlicensed Firearms Dealing in Violation of Federal Law" letter.[2]  We told BRUTON they were investigating the location of the 68 firearms he purchased from GOTREAUX and the firearms he purchased from gun stores in Louisiana.  BRUTON admitted he had sold a number of the firearms in Louisiana and online through various internet gun-dealing websites since breaking up with his girlfriend, Roy.  BRUTON said he also traded or bartered with individuals, providing firearms in exchange for items such as a crossbow, vehicles, motorcycles, and other firearms.   BRUTON admitted that he still had some firearms in his possession since moving to Baltimore from Louisiana.

15.      We told BRUTON that a number of firearms he purchased from GOTREAUX and the Louisiana stores had been recovered at local crime scenes in Baltimore City and

---

[2] BRUTON is not licensed to deal, import, manufacture, or collect firearms.

18 - 2 0 7 2 JMC

Baltimore County. BRUTON was incredulous at the possibility and was adamant that he had no idea how they could be recovered in Maryland. He insisted all the sales were to people in Louisiana. BRUTON was very careful not to admit to selling any firearms across state lines.

16. BRUTON did not sign the "Warning Notice of Unlicensed Firearms Dealing in Violation of Federal Law" letter; he wanted to show the letter to his attorney. BRUTON agreed to contact us on May 1, 2018 in order to set up a second meeting to discuss BRUTON's cooperation. BRUTON never contacted us or any agent with ATF.

17. Agents followed BRUTON after the meeting as he drove off in a black Chevrolet Tahoe SUV bearing Louisiana license plate WM782. They conducted continuous surveillance of the vehicle until BRUTON arrived at the **SUBJECT PREMISES** and entered same with a key.

18. I know BRUTON uses the **SUBJECT PREMISES** as his address of record. The Maryland Motor Vehicle Administration records list the **SUBJECT PREMISES** as the address for BRUTON's driver's license.[3] I further believe BRUTON continues to reside at the **SUBJECT PREMISES**. On July 26, 2018, at approximately 1:40 pm, agents observed BRUTON leave the **SUBJECT PREMISES** and ride away from the location on a motorcycle.

19. On June 20, 2018, the firearm stolen from Brandy Roy in Louisiana, mentioned *supra*, was recovered in the backyard of a residence in Baltimore, Maryland.

20. On July 13, 2018, the Honorable Martin Coady of the 22nd Judicial District of the State of Louisiana signed a felony arrest warrant for BRUTON charging him with one count theft of a firearm.

## IV.   CONCLUSION

21. Based on the information in this affidavit and my training and experience in

---

[3] The real property data search for Baltimore City lists BRUTON's mother, Lian Evelyn Bruton, as the owner of the **SUBJECT PREMISES**.

18 - 2 0 7 2 JMC

firearms investigations, I submit that there is probable cause to believe that violations of 18 U.S.C. § 922(a)(1)(a) (dealing firearms without a license) and 18 U.S.C. § 922(i) (shipping/transporting stolen firearm) have been and continue to be committed by Travis BRUTON, and that the **SUBJECT PREMISES** is being used for the storage and distribution of firearms, firearms proceeds, and the facilitation of firearms offenses.

22.. Therefore, in consideration of the facts presented, I respectfully request that this Court issue a search warrant for the **SUBJECT PREMISES**, and authorize the seizure of the items described in Attachment A, which constitute fruits, evidence and instrumentalities of violations of 18 U.S.C. § 922(a)(1)(a) and 18 U.S.C. § 922(i).

Jessica M. Woodin

Jessica Woodin, Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to before me on this 27 day of July 2018.

J. MARK COULSON
UNITED STATES MAGISTRATE JUDGE

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

AUG 1 5 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY