# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>5314 Ready Avenue, Baltimore, Maryland 21212 | ) ) ) ) ) ) | Case No. **18-2072 JMC** |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Maryland _____
*(identify the person or describe the property to be searched and give its location)*:

5314 Ready Avenue, Baltimore, Maryland 21212

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A

**YOU ARE COMMANDED** to execute this warrant on or before ____8/10/18____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Duty MJ____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____

Date and time issued: __7/27/18 11:35a__

City and state: __Baltimore, MD__

*Judge's signature*

J. Mark Coulson, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 18-2072 JMC | Date and time warrant executed: 07/27/18 @ 1137 hrs | Copy of warrant and inventory left with: Coffee table of residence |
| Inventory made in the presence of: SA Tim Moore + Jon Vaccarelli | | |

Inventory of the property taken and name of any person(s) seized:

- 1 cellular phone
- multiple rounds of ammunition
- firearms parts + accessories
- misc. paperwork

nothing further

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

AUG 1 5 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/30/18

*Jessica M. Woodin*
Executing officer's signature

Jessica M. Woodin    ATF Special Agent
Printed name and title

18-2072 JMC